IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SCOTT HENGEMUHLE AND TY PROPERTIES, LLC<br><br>*Plaintiffs,*<br><br>v.<br><br>ACCEPTANCE INDEMNITY INSURANCE COMPANY AND ROBERT SAUCIER,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:17-cv-00409-ALM-<br>§   KPJ<br>§<br>§<br>§<br>§<br>§ |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Scott Hengemuhle and Ty Properties, LLC and Defendants Acceptance Indemnity Insurance Company file this Joint Notice of Settlement. The parties have agreed to a settlement and are working to memorialize the agreement. The parties request that the Court remove the above styled and numbered cause from the Court's Rule 16 Management Conference scheduled for November 1, 2017 at 3:00 PM.

Plaintiffs Scott Hengemuhle and Ty Properties, LLC files this Notice with the consent of Defendant Acceptance Indemnity Insurance Company undersigned counsel.

Respectfully submitted,

By:   */s/ Matthew J. Worrall*
**Matthew J. Worrall**
SBN: 24070883
FBN: 2148714
**WORRALL LAW GROUP, PLLC**
1770 St. James Place, Suite 100
Houston, Texas 77056
Telephone (713) 523-5500
Facsimile: (713) 583-3411
Email: mworrall@worralllaw.com
**ATTORNEY FOR PLAINTIFFS**

By: /s/ Rhonda Thompson (by permission)
**Rhonda Thompson**
SBN: 24029862
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com

**ATTORNEY FOR DEFENDANT**
**ACCEPTANCE INDEMNITY INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2017, a true and correct copy of the foregoing was served on all counsel of record by ECF in accordance with the Federal Rules of Civil Procedure.